```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0009--CR (JKS)
                             "USA V JEFFERY LEN MELTON"
                             DEF 1.1 MELTON, JEFFERY LEN

              Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  01/16/02
             Closed:  07/12/02
 No. of Defendants:  1
    MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Meredith Appel Ahearn
                     Hagans Ahearn et al
                     310 K Street, Suite 400
                     Anchorage, AK 99501
                     907-276-5294
                     FAX 907-276-8732
                     Serve: YES
                      Type: CJA
                      Role: 2255 Motion


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 1.1 MELTON, JEFFERY LEN

 Document           Count    Citation and Description                            Disposition
 ─────────          ─────    ────────────────────────                            ───────────
    1 -   1 IND       1      18:922(g) UNLAWFUL SHIPPING OF FIREARM IN           Terminated
                             INTERSTATE COMMERCE (F)

   18 -   1          1-S     18:922(g)(1) & 924(e) UNLAWFUL SHIPPING OF FIREARM  Dismissed
                             IN INTERSTATE COMMERCE (F)                          (52-1)

   18 -   1          2-S     18:922(g)(1) & 924(e) PROHIBITED PERSON IN          Sentenced
                             POSSESSION OF FIREARM(F)                            (52-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A02-0009--CR (JKS)
                    "USA V JEFFERY LEN MELTON"

                         For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 01/16/02
             Closed: 07/12/02
No. of Defendants: 1


Document #  Filed     Docket text

NOTE -   1  01/15/02  [Re: DEF 1] USM Notice of Arrest; defendant arrested on probable cause
                      1/15/02.

NOTE -   2  01/16/02  Issued: proposed trial date setting for arr to JKS CMC.

   1 -   1  01/16/02  [Re: DEF 1] PLF 1 Indictment.

   2 -   1  01/16/02  [Re: DEF 1] AHB Grand Jury Minutes; in federal (ATF) custody; set for
                      arr and notify USM; det per: 18:3142(f).

   3 -   1  01/18/02  [Re: DEF 1] Financial Affidavit.

   4 -   1  01/18/02  [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 1/30/02.
                      cc: USA, FPD

   5 -   1  01/18/02  [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrt set 1/22/02
                      at 3:30 p.m.  cc: USA, FPD, USM, PO

   6 -   1  01/18/02  [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of arr on
                      Indt (held 1/17/02); FPD appointed; def plead not guilty; ptms due
                      1/30/02; def detained; det hrg set 3:30 p.m., 1/22/02.

   7 -   1  01/22/02  [Re: DEF 1] PLF 1 Attorney Appearance of Stephan Collins (AUSA).

NOTE -   3  01/23/02  Issued: Notice of Speedy Trial Act ddlns to JKS.

   8 -   1  01/23/02  [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM, PO

   9 -   1  01/23/02  [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of det hrg (held
                      1/22/02); det not contested.

  10 -   1  01/23/02  [Re: DEF 1] JKS Minute Order setting trial by jury for 2/19/02 at 9:00
                      a.m. and FPTC for 2/12/02 at 9:00 a.m.  cc: S. Collins, FPD, MJ
                      Branson, USM, USPO, jury clerk

  11 -   1  01/23/02  [Re: DEF 1] PLF 1 Discovery conference certificate.

  12 -   1  02/06/02  DEF 1 Unopposed motion on shortened time to continue trial w/att aff.

  13 -   1  02/07/02  [Re: DEF 1] JKS Minute Order re: hrg re: def's unoppo mot to continue
                      trial on shortened time is set for 2/12/02 at 9:00 a.m.  cc: S. Collins,
                      R. Curtner, USM, USPO, MJ Branson

  14 -   1  02/12/02  [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] hearing re: Def's
                      unopposed mot on shortened to continue trial.  Mot to continue is
                      granted (12-1).  TBJ set 2/19/02 is vacated and reset for 4/15/02, fptc
                      is continued until 4/5/02 at 4:30 p.m.  cc: S. Collins, R. Curtner, USM,
                      USPO, MJ Branson, JC
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0009--CR (JKS)
"USA V JEFFERY LEN MELTON"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 | - 1 | 02/14/02 | DEF 1 motion for bail review hearing w/att aff. |
| 16 | - 1 | 02/14/02 | [Re: DEF 1] AHB Minute Order granting motion for bail review hearing (15-1); bail review hrg set 3:00 p.m., 2/21/02.  cc: USA, FPD, USM, PO |
| 17 | - 1 | 02/22/02 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] Bail Review Hrg held 02-21-02. Crt/cnsl hrd re; def request to be released into 3rd pty custody of wife.  Def's bail request DENIED. cc:USA, FPD, USM, PO |
| 18 | - 1 | 03/22/02 | [Re: DEF 1] PLF 1 First Superseding Indictment. |
| 19 | - 1 | 03/22/02 | [Re: DEF 1] AHB Grand Jury Minutes. Bail: Detention. Set for ARR and nty USM. Def in Federal Custody. |
| 20 | - 1 | 03/22/02 | [Re: DEF 1] AHB Minute Order that arr is set 9:30 a.m., 3/25/02 before MJ Roberts.  cc: USA, FPD, USM, PO |
| 21 | - 1 | 03/25/02 | [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on 1st SIndt (held 3/25/02); def pled not guilty; PTM's due 3/29/02; detention uncontested. cc: USA, FPD, USM, USPO |
| 22 | - 1 | 03/25/02 | [Re: DEF 1] Amended JDR Order regarding preparation for trial re PTM's as to the SINdt due 3/29/02. cc: USA, FPD |
| 23 | - 1 | 03/27/02 | DEF 1 Unopposed motion on shortened time to extend PTM ddln to 4/3/02 w/att aff. |
| 24 | - 1 | 03/28/02 | [Re: DEF 1] AHB Minute Order granting in part unopposed motion on shortened time to extend PTM ddln (23-1); PTM's relating to ct 2 of the SIndt due by 3:00 p.m. 4/2/02; govt's oppo due 10:00 a.m. 4/4/02 & to advise the crts cmc of any oppos fld. cc: USA, FPD |
| 25 | - 1 | 04/02/02 | DEF 1 motion to suppress evidence w/att memo/exh. |
| 25 | - 2 | 04/02/02 | DEF 1 motion for evidentiary hearing w/att memo/exh. |
| 26 | - 1 | 04/03/02 | [Re: DEF 1] AHB Minute Order that in light of time constraints imposed by 4/15/02 TBJ crt has reserved entire day of 4/8/02 beginning at 9:30 for any necessary hrg evid or otherwise; parties to be notified by further mO re: ct's determination re: necessity for above scheduled hrg. cc: USA, FPD, USM, PO |
| 27 | - 1 | 04/03/02 | [Re: DEF 1] JKS Minute Order re: FPTC set 4/5/02 is vacated and reset for 4/12/02 at 2:00 p.m.  cc: S. Collins, R. Curtner, USM, USPO, MJ Branson |
| 28 | - 1 | 04/03/02 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 29 | - 1 | 04/03/02 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 30 | - 1 | 04/03/02 | [Re: DEF 1] PLF 1 Trial Brief. |
| 31 | - 1 | 04/03/02 | DEF 1 Proposed Voir Dire. |
| 32 | - 1 | 04/03/02 | DEF 1 Proposed Jury Instructions. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0009--CR (JKS)
                             "USA V JEFFERY LEN MELTON"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 04/03/02 | DEF 1 motion to continue trial w/att aff. |
| 34 - 1 | 04/04/02 | [Re: DEF 1] JKS Minute Order hrg re: def's motion to continue trial at dkt 33 is set for 4/12/02 at 2:00 p.m.  cc: S. Collins, R. Curtner, USM, USPO, MJ Branson |
| 35 - 1 | 04/04/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence (25-1), DEF 1 motion for evidentiary hearing (25-2) w/att exhs. |
| 36 - 1 | 04/04/02 | [Re: DEF 1] AHB Minute Order that crt has determined that no evid hrg is necessary; denying motion for evidentiary hearing (25-2); 4/8/02 hrg is VACATED; R&R re: mot to suppress will issue.  cc: USA, FPD |
| 37 - 1 | 04/05/02 | Initial R&R recommends DENYING re: DEF 1 motion to suppress evidence (25-1). Objections due NOON 04/10/02. Reply due 3:00 p.m. 04/11/02. cc: USA, FPD, Judge Singleton |
| 38 - 1 | 04/10/02 | DEF 1 Notice of Intent to change plea. |
| 39 - 1 | 04/10/02 | [Re: DEF 1] JKS Minute Order setting PCOP hrg on 4/12/02 at 2:00 p.m.; vacating the 4/12/02 FPTC and hrg on mot to continue TBJ and terminating in light of this order: mot to suppress evidence (25-1), mot to continue trial (33-1). cc: USA, FPD, USM, PO, JC, MJ Branson |
| 40 - 1 | 04/10/02 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 41 - 1 | 04/15/02 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] PCOP, held 4/12/02; pled guilty ct 1; IOS 7/12/02 at 10:00; TBJ 4/15/02 vacated; def detained. cc: USA, USM, PO, FPD, MJ Branson, JC |
| 42 - 1 | 04/23/02 | DEF 1 motion (request) for bail review hearing. |
| 43 - 1 | 04/24/02 | [Re: DEF 1] JKS Minute Order re: the motion at dkt 42 for a bail review hearing is referred to Magistrate Judge Branson.  cc: USA, FPD, USM, USPO, MJ Branson |
| 44 - 1 | 04/24/02 | [Re: DEF 1] AHB Minute Order granting motion (request) for bail review hrg (42-1); bail review hrg set 3:00 p.m., 4/29/02.  cc: USA, FPD, USM, PO |
| 45 - 1 | 04/29/02 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of bail review hrg (held 4/29/02); bail request denied; def's det continued w/att exh/wit list. |
| 46 - 1 | 07/03/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 47 - 1 | 07/05/02 | DEF 1 Sentencing Memorandum w/att exhs. |
| 48 - 1 | 07/09/02 | DEF 1 Notice of lodging defendant's letter to JKS. |
| 49 - 1 | 07/10/02 | [Re: DEF 1] PLF 1 Response to defendant's sentencing memorandum w/att exhs. |
| 50 - 1 | 07/12/02 | [Re: DEF 1] JKS (Amended) Court Minutes [ECR: Elisa Singleton] re: PCOP held 04/12/02; plead guilty to Ct 2 ; IOS 07/12/02 at 10:00 a.m.; TBJ vacated; def detained. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0009--CR (JKS)
                              "USA V JEFFERY LEN MELTON"

                               For all filing dates


 Document #   Filed      Docket text

    51 -   1  07/12/02   [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re: IOS held
                         07/12/02; def sentenced to 180 mos imprisonment; SR 5 yrs w/special
                         conditions; SA $100.

    52 -   1  07/12/02   [Re: DEF 1] JKS Judgment dism Ct 1 of SIndt (18-1); pleaded guilty to Ct
                         2  of SIndt (18-1); def sentenced to 180 mos in prison; 60 mos SR; $100
                         SA. cc: USA, FPD, Def w/snsls cy, USM, USPO, MJ Branson, FLU

    53 -   1  07/22/02   DEF 1 appeal to 9CCA of (52-1) filed 07/12/02 -sentence only. cc:USA,
                         FPD,USM, PO, Judge Singleton, 9CCA

  NOTE -   4  07/23/02   Transmittal: Forwarded notice of appeal (53-1) to 9CCA.

    54 -   1  07/23/02   [Re: DEF 1] Cy 9CCA Time Schedule Order. (53-1) cc:USA, FPD, USM, PO,
                         ECR, Judge Singleton, 9CCA (original)

    55 -   1  07/25/02   DEF 1 Transcript Designation/Order Form re: notice of appeal
                         (53-1)transcripts ordered. cc:ecr(order form)

    56 -   1  08/13/02   [Re: DEF 1] Partial Transcript re: IOS held 7/17/02.

    57 -   1  08/27/02   [Re: DEF 1] Transcript PCOP hrg held 4/12/02 re: notice of appeal
                         (53-1).

    58 -   1  08/27/02   [Re: DEF 1] Transcript IOS held 7/12/02 re: notice of appeal (53-1).

    59 -   1  08/27/02   [Re: DEF 1] cy 9CCA Certificate of Record. (53-1) cc: USA, FPD, Judge
                         Singleton, USM, PO, 9CCA (original)

    60 -   1  09/05/02   USM return of judgment; def delivered FCI Sheridan, OR 08/29/02.

  NOTE -   5  07/18/03   Transmittal: Forwarded D.C. record to 9CCA consisting of 2 original
                         volumes.

  NOTE -   6  07/29/03   Notation (re: Appeal): received notification from 9CCA that they
                         received 2 volumes.

    61 -   1  11/18/03   [Re: DEF 1] Copy of Order from 9CCA that the petition for panel
                         rehearing and the peetition for rehearing en banc are denied (53-1) cc:
                         USA, FPD

    62 -   1  11/26/03   [Re: DEF 1] 9CCA Judgment re: notice of appeal (53-1) that the district
                         court's decision is AFFIRMED w/att memo. cc: USA, FPD, USM, PO, Judge
                         Singleton

  NOTE -   7  04/01/04   Notation (re: Appeal): Rec'd from 9CCA USDC record consisting of 2
                         original case file volumes.

    63 -   1  09/13/04   DEF 1 motion to vacate, set aside, or correct sentence (28:2255)  w/att
                         exhs.

    64 -   1  09/13/04   DEF 1 motion (application) to proceed in forma pauperis.

    65 -   1  09/13/04   DEF 1 motion for appointment of counsel.

    66 -   1  10/19/04   [Re: DEF 1] JKS Order denying as moot motion (application) to proceed in
                         forma pauperis (64-1); granting motion for appointment of counsel.  FPD

 ACRS: R_RDSDX                 As of 12/27/05 at 09:10 AM by GARRY                       Page 4
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A02-0009--CR (JKS)
                                "USA V JEFFERY LEN MELTON"

                                    For all filing dates

 Document #    Filed     Docket text
 ----------    -----     -----------
                         to designate CJA counsel form the CJA panel or FPD office.  Amended §
                         2255 mot due by 11/12/04 or in the alternative cnsl to file a notice
                         that no amended mot will be filed.  The USA to file an answer or
                         responsive pleading by 12/13/04. Evidentiary hearing may be requested in
                         the form of a motion 30 days after the date the USA files an answer.
                         This case is referred to MJ Branson pursuant to LMR 4(5).  No party
                         shall have ex parte communication with a USDJ or MJ of this court.   cc:
                         AUSA w/cy of dkt 63, FPD (CJA Cerk) w/cy of dkt 63, J. Melton, PSLC, MJ
                         Branson

     67 -  1   10/29/04  [Re: DEF 1] CJA appointment of M. Ahearn.

     68 -  1   11/08/04  DEF 1 Attorney Appearance of M. Ahearn.

     69 -  1   11/10/04  DEF 1 Unopposed motion for ext of time (to 12/13/04) to file amended
                         2255.

     70 -  1   11/15/04  [Re: DEF 1] AHB Minute Order granting Unopposed motion for ext of time
                         (to 12/13/04) to file amended 2255 (69-1); amended 2255 due NLT
                         12/13/04; govt's answer/responsive pldg due NLT 1/13/05.  cc: USA, M.
                         Ahearn

     71 -  1   12/13/04  DEF 1 Unopposed motion for stay of briefing.

     72 -  1   12/16/04  [Re: DEF 1] AHB Order granting unoppo mot for stay of briefing (71-1).
                         cc: USA, M. Ahearn

     73 -  1   02/04/05  [Re: DEF 1] PLF 1 Notice to Court and Request for New Scheduling Order.

     74 -  1   02/08/05  [Re: DEF 1] AHB Minute Order granting motion Notice to Court and Request
                         for New Scheduling Order (73-1).  Def's amended petition is cu by COB
                         3/7/05.  Gov's answer is due by COB 3/7/05.  cc: AUSA, M. Ahearn

     75 -  1   02/09/05  [Re: DEF 1] AHB Minute Order that MO (74-1) is amended as follows;
                         request for new Sched Order (73-1) is GRANTED; def's amended pet due COB
                         3/7/05; govt's answer/other responsive pleading due COB 4/7/05.  cc:
                         USA, M. Ahearn

     76 -  1   03/07/05  DEF 1 Supplement re: DEF 1 motion to vacate, set aside, or correct
                         sentence (28:2255) (63-1).

     77 -  1   03/09/05  DEF 1 Notice to court re: DEF 1 motion to vacate, set aside, or correct
                         sentence (28:2255) (63-1) w/att exh.

     78 -  1   04/01/05  [Re: DEF 1] PLF 1 Unopposed motion for ext of time to file oppo to
                         amended 28:2255.

     78 -  2   04/06/05  [Re: DEF 1] AHB Order granting Unopposed motion for ext of time until
                         4/29/05 to file oppo to amended 28:2255 (78-1).  cc: AUSA, M. Ahearn

     79 -  1   04/29/05  PLF 1 opposition to DEF 1 motion to vacate, set aside, or correct
                         sentence (28:2255) (63-1).

     80 -  1   05/20/05  Initial R&R re: DEF 1 Amended motion to vacate, set aside, or correct
                         sentence (28:2255). Magistrate recommends that the amended motion to
                         vacate, set aside orcorrect a sentence (28:2255) be denied. Objections
                         due 06/01/05. Reply due 06/09/05. Objections and responses shall be
                         forwarded to the USDJ for review.  cc: cnsl, Judge Singleton


 ACRS: R_RDSDX                 As of 12/27/05 at 09:10 AM by GARRY                       Page 5
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0009--CR (JKS)
                          "USA V JEFFERY LEN MELTON"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 81 - 1 | 05/25/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, M. Ahearn, Judge Singleton |
| 82 - 1 | 06/24/05 | [Re: DEF 1] JKS Order denying motion to vacate, set aside, or correct sentence (28:2255) (63-1). cc: USA, M. Ahearn, MJ Roberts |
| 83 - 1 | 06/24/05 | [Re: DEF 1] JKS Judgment that petition for writ of H/C is denied. cc: USA, M. Ahearn, MJ Roberts |
| 84 - 1 | 07/01/05 | DEF 1 appeal to 9CCA of (83-1) filed 06/24/05. CC: USA, A. Hearn, Judge Singleton, 9CCA, A04-0206CV (JKS) |
| 85 - 1 | 07/06/05 | DEF 1 motion (Application) for Certificate of Appealability w/att exh. |
| 86 - 1 | 07/28/05 | [Re: DEF 1] JKS Order denying motion (Application) for Certificate of Appealability (85-1). cc: M. Ahearn, USM, Appeals Clerk |
| NOTE - 8 | 07/29/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 3 original volumes and 1 original volume of A04-0206CV (JKS). |
| 87 - 1 | 07/29/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (84-1) cc: USA, M. Ahearn, Judge Singleton, 9CCA (original) |
| 88 - 1 | 08/31/05 | {SEALED} |
| 88 - 2 | 09/02/05 | {SEALED} |